# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAHESH KISHOR WAGHELA,<br><br>    Defendant. | Criminal No. 18-168 (JRT/HB)<br><br>**ORDER ON REPORT**<br>**AND RECOMMENDATION** |

Diane Dodd, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 plaintiff.

Daniel S Le, **LE LAW GROUP,** 333 Washington Avenue North, Suite 415, Minneapolis, MN 55401, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Rahesh Kishor Waghela's Motion for Dismissal of Indictment [Docket No. 15] is **DENIED**; and

3. Defendant Rahesh Kishor Waghela's Motion to Suppress Statements, Admissions, and Answers [Docket No. 21] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 15, 2018
at Minneapolis, Minnesota                    s/John R. Tunheim
                                             JOHN R. TUNHEIM
                                             Chief Judge
                                             United States District Court